AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-cv-00815

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Juniper Networks, Inc.
was received by me on *(date)*   9-4-2020   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Service accomplished via Certified Mail with Electronic Delivery Confirmation
USPS# 9402611898765824940919
Delivered on September 11, 2020

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: September 14, 2020

*Server's signature*

Raymond W. Mort, III
*Printed name and title*

The Mort Law Firm, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
*Server's address*

Additional information regarding attempted service, etc:

## Electronic Delivery Confirmation™



The Mort Law Firm, PLLC
100 CONGRESS AVE STE 2000
AUSTIN TX 78701-2745

**USPS CERTIFIED MAIL**

9402 6118 9876 5824 9409 19

Juniper Networks, Inc.
c/o CT Corporation System
1999 BRYAN ST STE 900
DALLAS TX 75201-3140

US POSTAGE AND FEES PAID
PRIORITY MAIL
Sep 04 2020
Mailed from ZIP 78701
1 lb PM Zone 3

11923275
CommercialBasePrice



062S0012913542

| | |
|---|---|
| Reference | WSOU - Juniper |
| USPS # | 9402611898765824940919 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered at Sep 11 in DALLAS,TX 75201. |
| USPS History | Arrived at Unit at Sep 11 in DALLAS,TX 75201. |
| | Out for Delivery at Sep 11 in DALLAS,TX 75201. |
| | Departed USPS Regional Facility at Sep 11 in DALLAS TX DISTRIBUTION CENTER, . |
| | Arrived at USPS Regional Destination Facility at Sep 11 in DALLAS TX DISTRIBUTION CENTER, . |
| | In Transit to Next Facility at Sep 10 in , . |
| | Arrived at USPS Regional Origin Facility at Sep 09 in AUSTIN TX DISTRIBUTION CENTER, . |
| | USPS picked up item at Sep 08 in AUSTIN,TX 78749. |
| | Mail piece was scanned in ZIP code 78701 on Sep 04 |

**Electronic Delivery Confirmation Report © 2020** Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.   USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2020** Certified Mail Envelopes, Inc.   www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/12/2020 (UTC)**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9402611898765824940919

Your item was delivered at 9:57 am on September 11, 2020 in DALLAS, TX 75201.

USPS Premium Tracking™ Available ⌄

## ⊘ Delivered

September 11, 2020 at 9:57 am
Delivered
DALLAS, TX 75201

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 11, 2020, 9:57 am
Delivered
DALLAS, TX 75201
Your item was delivered at 9:57 am on September 11, 2020 in DALLAS, TX 75201.

September 11, 2020, 8:44 am
Arrived at Unit
DALLAS, TX 75201

September 11, 2020, 7:16 am
Out for Delivery

DALLAS, TX 75201

**September 11, 2020, 4:51 am**
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**September 11, 2020, 3:35 am**
Arrived at USPS Regional Destination Facility
DALLAS TX DISTRIBUTION CENTER

**September 10, 2020**
In Transit to Next Facility

**September 9, 2020, 5:05 am**
Arrived at USPS Regional Origin Facility
AUSTIN TX DISTRIBUTION CENTER

Feedback

**September 8, 2020, 7:19 pm**
USPS picked up item
AUSTIN, TX 78749

**September 4, 2020, 4:07 pm**
Shipping Label Created, USPS Awaiting Item
AUSTIN, TX 78701

**Premium Tracking** ⌄

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback