UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | No. 6:20-cv-00815-ADA<br><br>JURY TRIAL DEMANDED |

BRAZOS'S NOTICE OF FILING OF PETITION FOR
*INTER PARTES* REVIEW OF U.S. PATENT NO. 7,596,140

Pursuant to the Court's Order Governing Proceedings – Patent Case (Dkt. 26), plaintiff

WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos"), hereby provides

the Court with notice that a petition for *inter partes* review ("IPR") of the patent asserted in this

case — U.S. Patent No. 7,596,140 ("the '140 patent") — has been filed:

**IPR2021-00538**

| | |
|---|---|
| Petitioner: | Juniper Networks, Inc. ("Juniper")<br>(the defendant in this case) |
| Other Real Parties-in-Interest: | none |
| filing date: | February 12, 2021<br>(notice of filing date accorded not yet issued) |
| expected time for institution decision: | within 6 months of notification of filing date,<br>*i.e.*, by about August 2021 |
| expected time for final written decision: | within 1 year of institution, *i.e.*, by about August 2022 |

The claim construction hearing in this case is scheduled for June 3, 2021 and trial has

been scheduled to begin on July 11, 2022. *See* Case No. 6:20-cv-00812, Dkt. 38.

Juniper has filed an opposed motion to transfer this case to the Northern District of

California, Dkt. 18, relating to which the parties are conducting discovery pursuant to the Court's

Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases. Juniper

has also filed an opposed motion to stay the proceedings of this case pending the resolution of its

motion to transfer, Dkt. 32. *See also* Dkt. 34 (Brazos's opposition to Juniper's motion to stay);

Dkt. 35 (Juniper's reply in support of motion to stay).

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
</table>

Dated: February 18, 2021

/s/ DRAFT
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax:        (512) 677-6825

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:   (949) 752-7100
facsimile:   (949) 252-1514

Edward J. Naughton
(admitted *pro hac vice*)
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(admitted *pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:   (617) 856-8200
facsimile:   (617) 856-8201

Alessandra C. Messing
(admitted *pro hac vice*)
amessing@brownrudnick.com
Timothy J. Rousseau

(admitted *pro hac vice*)
trousseau@brownrudnick.com
Yarelyn Mena
(admitted *pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:   (212) 209-4800
facsimile:   (212) 209-4801

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*