**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | Civil Action No.:  6:20-cv-00812-ADA |
| | 6:20-cv-00813-ADA |
| Plaintiff, | 6:20-cv-00814-ADA |
| | 6:20-cv-00815-ADA |
| v. | 6:20-cv-00902-ADA |
| | 6:20-cv-00903-ADA |
| JUNIPER NETWORKS, INC. | **JURY TRIAL DEMANDED** |
| Defendant. | |

**JUNIPER NETWORKS, INC.'S NOTICE OF WITHDRAWAL OF ITS REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

Pursuant to the Court's email of May 10, 2021, Defendant Juniper Networks, Inc. ("Juniper") hereby withdraws its Reply in Support of its Motion to Transfer Venue to the Northern District of California (Dkt. 52 in Case No. 6:20-cv-00812-ADA; Dkt. 51 in Case No. 6:20-cv-00813-ADA; Dkt. 48 in Case No. 6:20-cv-00814-ADA; Dkt. 49 in Case No. 6:20-cv-00815-ADA; Dkt. 43 in Case No. 6:20-cv-00902-ADA; Dkt. 44 in Case No. 6:20-cv-00903-ADA).   In accordance with the Court's instructions, Juniper will re-file its reply brief no later than May 17, 2021.

Dated:  May 12, 2021

/s/ B. Russell Horton

B. Russell Horton
State Bar No. 10014450
rhorton@gbkh.com
George Brothers Kincaid & Horton LLP
114 West 7th Street, Suite 1100
Austin, TX 78701
Telephone: (512) 495-1400
Facsimile: (512-499-0094

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Margaret Shyr (pro hac vice)
margaretshyr@quinnemanuel.com
Joseph E. Reed (pro hac vice)
joereed@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Nima Hefazi (pro hac vice)
nimahefazi@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Counsel for Defendant
Juniper Networks, Inc.

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 12, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

Dated:  May 12, 2021                     _/s/ B. Russell Horton_____
                                                    B. Russell Horton