**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | Nos. 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF SARAH G. HARTMAN IN SUPPORT OF WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT'S SURREPLY TO JUNIPER NETWORKS, INC.'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**

I, Sarah G. Hartman, hereby declare as follows:

1.      I am a partner at the law firm of Brown Rudnick LLP and counsel of record for Plaintiff WSOU Investments LLC d/b/a Brazos Licensing and Development in these cases. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto as Exhibit 1 is a true and correct copy of relevant pages of the transcript of the May 13, 2021 deposition of Matthew Hogan, which is designated HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY. The relevant portions have also been highlighted for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2021 in Los Angeles, California.

_____
Sarah G. Hartman