# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF TODD M. BRIGGS IN SUPPORT OF JUNIPER NETWORKS, INC.'S OPPOSED MOTION TO MODIFY PROTECTIVE ORDER

I, Todd M. Briggs, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan LLP, counsel for Defendant Juniper Networks, Inc. ("Juniper"). I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as Exhibit A is a clean version of Juniper's proposed modified protective order.

3. Attached hereto as Exhibit B is a redlined version of the proposed protective order.

4. Attached hereto as Exhibit C is a true and correct copy of WSOU's request to inspect Juniper's source code, sent on June 4, 2021.

I declare under penalty of perjury that the foregoing is true and correct.


Executed:  June 7, 2021              */s/ Todd M. Briggs*
                                     Todd M. Briggs