# EXHIBIT C

| From: | Rousseau, Timothy J. <TRousseau@brownrudnick.com> |
|---|---|
| Sent: | Friday, June 4, 2021 4:56 PM |
| To: | Todd Briggs; Nima Hefazi; Margaret Shyr; Dallas Bullard; Joshua Scheufler; Joseph E. Reed; 'rhorton@gbkh.com' |
| Cc: | Hartman, Sarah G.; Hosang, Elizabeth G.; Messing, Alessandra C.; Mena, Yarelyn; Stein, David M.; Naughton, Edward J.; Ray Mort; Dyer-Ramnarine, Judith |
| Subject: | WSOU v. Juniper - Source Code Inspection |

**[EXTERNAL EMAIL from trousseau@brownrudnick.com]**

Counsel for Juniper,

WSOU hereby requests that the following outside consultants who have been disclosed under the Protective Order be permitted access to inspect the source code for the Accused Products beginning on Monday, June 21 and continuing day-to-day thereafter:

- Chris Hardee of Lumenci, Inc.
- Deepak Patnala of Lumenci, Inc.
- Ryan Guitierrez of Lumenci, Inc.

WSOU understands that Juniper will only agree to make its source code available for inspection at its headquarters at 1133 Innovation Way, Sunnyvale, CA 94089. For the purposes of the initial code review, WSOU agrees to perform the inspection at Juniper's Sunnyvale location. In doing so, WSOU does not waive its right under the Protective Order to request that Juniper make the source code available for inspection at another, mutually agreeable location.

WSOU requests that Juniper identify within 3 business days (*i.e.*, by Wednesday, June 9) the reasonable analysis tools appropriate for the type of source code being made available for inspection that Juniper intends to install on the Source Code Computers so that it may determine whether to request the installation of any additional commercially available licensed software tools for reviewing and searching source code are necessary.

Regards,
Tim

# brownrudnick

**Timothy J. Rousseau**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4994
F: 212.938.2994
M: 646.770.0119
trousseau@brownrudnick.com
www.brownrudnick.com
he/him/his

*********************************************************************************

1

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

***************************************************************************