UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.<br><br>Defendant. | Civil Action No.: 6:20-cv-00812-ADA<br>6:20-cv-00813-ADA<br>6:20-cv-00814-ADA<br>6:20-cv-00815-ADA<br>6:20-cv-00902-ADA<br>6:20-cv-00903-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING JUNIPER'S MOTION TO MODIFY PROTECTIVE ORDER**

Before the Court is Defendant Juniper Networks, Inc.'s Motion to Modify Protective Order . The Court, having considered the same, is of the opinion the motion should be **GRANTED**.

**IT IS SO ORDERED.**


Signed this ___ day of _____, 20____.

_____
HON. ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE